Friday,
December 13.

HAZELRIGG *v.* YARYAN and Another.

APPEAL from the *Union* Common Pleas.

*Per Curiam.*—Action by the appellees against the appellant upon a promissory note. Judgment for the plaintiff. The case is before us on the evidence, from an examination of which we find no cause to disturb the finding and judgment.

The judgment below is affirmed, with 5 per cent. damages and costs.

*T. W. Bennett* and *Nelson Trusler*, for the appellant.
*John Yaryan*, for the appellees.